1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

10

11

12

13

14

15

16

17

18

| | |
|---|---|
| LA CUNA DE AZTLAN SACRED SITES PROTECTION CIRCLE ADVISORY COMMITTEE, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>        Defendants. | No. 2:11-CV-04466-JAK-OP<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE<br><br>JS-6<br><br>Date:   N/A<br><br>Time:   N/A<br><br>Courtroom No. 750, Roybal Courthouse<br><br>Hon. John A. Kronstadt |

19

20

21

22

23

24

25

26

27

28

1    Upon consideration of the parties' Joint Status Report of September 30, 2013, ECF

2  No. 136, it is hereby Ordered that

3      1.    This action is dismissed without prejudice. Therefore, this proceeding does

4            not have preclusive effect as to a future proceeding that seeks to challenge

5            future administrative decisions arising from the Plan of Development

6            ("POD") Supplement (March 13, 2013) or similar bases for administrative

7            decisions with respect to the Blythe Solar Power Project (the "Project").

8      2.    No costs shall be taxed pursuant to Federal Rule of Civil Procedure 41(d) as

9            a result of this dismissal.

10     3.    A consideration, pursuant to 28 U.S.C. § 2401 (a), of the timeliness of the

11           filing of any future challenge brought by Plaintiff in connection with

12           administrative actions related to the Project, shall take into account that the

13           Court has ordered this dismissal due to the changes to the Project, which

14           have occurred since the commencement of this action, and the incomplete

15           administrative decision-making with respect to such proposed changes.

16

17

18  IT IS SO ORDERED.

19

20

21  DATED:  October 29, 2013   _____

22                            JOHN A. KRONSTADT
                              UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

1